# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL CORONA SORIA (1), <br><br> Defendant. | Criminal Case No. 11CR0782-H <br><br> JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Miguel Corona Soria is **dismissed without prejudice**. The defendant is hereby discharged and all pending court hearings in this case are hereby vacated.

IT IS SO ORDERED.

DATED: March 5, 2012

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT